IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JAMES C. MOSSER AS COURT APPOINTED RECEIVER FOR AMERICAN PRECISION AMMUNITION LLC<br>Plaintiffs, | § § § § § | |
| V. | § § | Cause No. 4:25-cv-1396 |
| Kotak Mahindra Bank LTD and Hughes Precision Ammunition Manufacturing PVT<br>Garnishees, | § § § § § § | |
| American Precision Ammunition LLC, Defendant and Judgement Debtor | § § § | |

## WRIT OF GARNISHMENT AFTER JUDGMENT

**STATE OF TEXAS**
**TO: Kotak Mahindra Bank LTD**
KKBKINBB 27BKC,
C27, G Block, Sandra Kurla C
Mumbai, India.

Kotak Mahindra Inc.
PENN1, 1 PENNSYLVANIA PLAZA
SUITE 1720
NEW YORK, NY 10119
UNITED STATES

WHEREAS, a judgment was entered against Matthew Lee Campbell and American

Precision Ammunition LLC (collectively, "Judgment Debtors") in favor of Byrd Group,

LLC and Fore Those Who Serve LLC ("Judgment Creditors") on February 22, 2024, in a

case styled and numbered, Byrd Group, LLC and Fore Those Who Serve LLC v. Matthew

Campbell and American Precision Ammunition LLC in the 29th Judicial District Court, Palo Pinto County for the recovery the amount of $355,452.74 against Judgment Debtors.

AND WHEREAS, according to an affidavit executed on behalf of the Receiver for the Benefit of the Judgment Creditor and attached to the Application for Post-Judgment Writ of Garnishment, there remains due and unpaid Judgment in the amount of $479,588.43 plus Court Costs in the amount of $215,423, for a total of $695,011.54.

AND WHEREAS, in the United States District Court for the Northern District of Texas, the Judgment Creditor, claiming an indebtedness against the said Judgment Debtors in the amount of $695,011.54, has applied for a writ of garnishment against you, Kotak Mahindra Bank LTD, by and through your customer, HUGHES PRECISION MANUFACTURING PVT.

THEREFORE, YOU ARE COMMANDED, to appear before said court within 21 days after you are served with this Writ, and to file an answer upon oath what, if anything, you are indebted to the said Judgment Debtors and were, when this writ was served upon you; and what effects, if any, of said Judgment Debtors that you have in your possession, and had when this Writ was served on you and what other persons, if any, within your knowledge, are indebted to the said Judgment Debtors, or have effects belonging to Judgment Debtors in their possession.

YOU ARE FURTHER COMMANDED not to pay to Judgment Debtors any debt or to deliver to them any effects pending further order of this court.

**Notice to Judgment Debtors:**

You are hereby notified that certain properties alleged to be owned by you have been garnished. If you claim any rights in such property, you are advised:

YOU HAVE A RIGHT TO REGAIN POSSESION OF THE PROPERTY BY FILING A REPLEVY BOND. YOU HAVE A RIGHT TO SEEK TO REGAIN POSSESSION OF THE PROPERTY BY FILING WITH THE COURT A MOTION TO DISSOLVE THIS WRIT.

WITNESS my hand and the seal of this Court for the United States District Court for the Northern District of Texas, Fort Worth Division.

Signed this 29th day of December, 2025.

Karen Mitchell
UNITED STATES DISTRICT CLERK
NORTHERN DISTRICT OF TEXAS

s/ S. Wynn
Deputy Clerk

